UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 04CR10047-RCL |
| | ) | |
| v. | ) | VIOLATIONS: |
| | ) | |
| LUIS RODRIGUEZ, | ) | 21 U.S.C. § 841(a)-- |
| A/K/A "ONE EYED LUIS" | ) | Distribution Of Cocaine |
| | ) | Base |
| | ) | |
| | ) | 21 U.S.C. § 853-- |
| | ) | Criminal Forfeiture |
| | ) | Allegation |
| | ) | |

**INDICTMENT**

**COUNT ONE:**   (21 U.S.C. § 841(a)(1)--Distribution Of Cocaine Base)

The Grand Jury charges that:

On or about December 29, 2003, at Lawrence, in the District of Massachusetts,

**LUIS RODRIGUEZ, A/K/A "ONE EYED LUIS"**,

the defendant herein, knowingly and intentionally possessed with intent to distribute, and distributed, cocaine base, also known as "crack," a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## FORFEITURE ALLEGATION
### (21 U.S.C. § 853)

The Grand Jury further charges that:

1. As a result of the offense alleged in Count 1 of this Indictment,

**LUIS RODRIGUEZ, A/K/A "ONE EYED LUIS",**

the defendant herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such offenses; and/or any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, any such violations.

2. If any of the property described in paragraph 1, above, as a result of any act or omission of the defendants --

   (a) cannot be located upon the exercise of due diligence;

   (b) has been transferred or sold to, or deposited with, a third party;

   (c) has been placed beyond the jurisdiction of the Court;

   (d) has been substantially diminished in value; or

   (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property described in paragraph 1.

All in violation of Title 21, United States Code, Section 853.

-3-

**A TRUE BILL**

*[signature]*
FOREPERSON OF THE GRAND JURY

*[signature]*
JOHN A. WORTMANN, JR.
PETER K. LEVITT
ASSISTANT U.S. ATTORNEYS

DISTRICT OF MASSACHUSETTS; Feb. 19, 2004.

Returned into the District Court by the Grand Jurors and filed.

*[signature]*
DEPUTY CLERK
12:20 P