AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

LUIS RODRIGUEZ AKA ONE-EYED LUIS

## WARRANT FOR ARREST

CASE NUMBER: 04-10047-RCL

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___ LUIS RODRIGUEZ AKA ONE-EYED LUIS ___
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
POSSESSION WITH INTENT TO DISTRIBUTE COCAINE BASE A SCHEDULE II CONTROLLED SUBSTANCE

in violation of Title __21__ United States Code, Section(s) __841__

MARY L. CUMMINGS
Name of Issuing Officer

/s/ Mary A. Cummings
Signature of Issuing Officer

COURTROOM SUPERVISOR
Title of Issuing Officer

02-19-2004   BOSTON, MASSACHUSETTS
Date and Location

Bail fixed at $ _____ by _____
                              Name of Judicial Officer

---

**RETURN**

WARRANT EXECUTED BY FBI
This warrant was received and executed with the arrest of the above-named defendant at
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 2/25/04

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: LUIS RODRIGUEZ   AKA ONE-EYED LUIS

ALIAS: SANDY

LAST KNOWN RESIDENCE: 96 PROSPECT ST, LAWRENCE, MA

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRTH (4 digit year): 00-00-1972

SOCIAL SECURITY NUMBER (last 4 digits only): 000 - 00 - 0036

HEIGHT: 5' 3"            WEIGHT: 125

SEX: MALE                RACE:

HAIR: BRO                EYES: BRO

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: