# EXHIBIT 2

# THE KING MANIFESTO
*************************

## INDEX
*******

Pg 1 - Def. of Almighty Latin King Nation

Pg 2 - Cont. of Definiton and Explaination

Pg 3 - The Holy Prayer

Pg 4 - Kings and Queens Prayer

Pg 5 - Icona

Pg 6 - Kingism and its stages

       I. Primitive
       II. Conservative

Pg 7 - III. The New King

Pg 8   Cont, New King

Pg 9   Cont, New King

Pg 10 - The Code of Kingism

Pg 11 - National Emblem

     - Sacred Colors
     - National Salute

Pg 12 - Nation Flag

Pg 13 - Fearlessness

Pg 14 - The Almighty Eye

Pg 15 - Brown Force

Pg 16 - Nation Men

Pg 17 - King Am I

## THE KING MANIFESTO
*************************

### ALMIGHTY LATIN KING NATION

He who knows, and knows that he knows, is a wise man,
Listen to him!

He who knows, and does not know that he knows is asleep,
Wake him up!

He who does not know, and knows that he does not know,
Wants to learn ... Teach him!

He who does not know, and does not know that he does
Not know, is a fool ... Avoid him!

                                        Confucian

```
A L M I G H T Y      L A T I N      K I N G S      N A T I O N
O E N R A O A        A M R L A      N N O L T      A L O N N U
V A   E R W H        T E I L T      O D B O R      T L G   E C
E S   A M A W        I R B U U      W E I W E      U I E     L
  U     T O R E      N I E M R Y    L S L I N      R E T     E
  R       N D H        C   I A      E E L I G      A S H     U
  E       Y S          A   N L      D R T G T      L   E     S
  D                    N   A        S U   Y H          R
                           T        E C
                           I          T
                           N          I
                           G          B
                                      L
                                      E
```

A LOVE MEASURED IN GREAT HARMONY TOWARDS YAHWEH
LATIN AMERICAN TRIBE ILLUMINATING NATURAL
KNOWLEDGE, INDESTRUCTIBLE NOBILITY and GLOWING STRENGTH
NATURAL ALLIES TOGETHER IN ONE NUCLEUS

THE KING MANIFESTO
************************

ALMIGHTY LATIN KING NATION


    The Almighty Latin King Nation is a religion which
gives us faith in ourselves, a national self-respect,
power to educate the poor and relieve the misery around
us.

    It is the Brotherhood of man; blending like the
waves of one ocean, shining as the Sun, one soul in many
bodies bearing fruit of the same tree.

    It creates in us a thirst like the heat of the earth
on fire, a thirst for knowledge, wisdom, strength, unity
and freedom.

    It is the Sun glowing in the essence of our being,
the brightness in our eyes that cast reflections of its
rays spitting fire in all directions.

    It is the unshakable spirit and the nobleness of our
hearts, the limitless power of the mind, the unrelentless
will to be free.

    It is pride, ambition, love, sacrifice, honor, obed-
ience and righteousness, all our powers and all our desi-
res thrown into the mission of human service and united
into one Single Gold Sun.

    If you want to find Yahweh, serve the Almighty Latin
King Nation. Put on the Gold Sun - Black and Gold colors,
place your right fist upon your heart and pledge devotion
to the Almighty Latin King Nation, to Yahweh and all
oppressed people.  This is the Nation of Kingism...


            BEHOLD KING LOVE!


                          -2-

THE KING MANIFESTO
★★★★★★★★★★★★★★★★★★★★★★★

HOLY PRAYER


Almighty Father, King of Kings, Maker of the Universe and Foundation of Life, bring peace to our souls, those present, to those not present, to the young and to the old.

As an Almighty Latin King Nation under one Sun protected by thine love and guidance, we bring our right fist upon our heart for sincerity, love, wisdom, strength, knowledge and understanding.  Three hundred and sixty degrees of Strong King Wisdom.

Illuminate our minds and our hearts.  Guide our thoughts with thine righteousness.  Guide and protect the thoughts of our Coronas and all those holy and righteous lovers and followers of our beloved family and tribe – the Almighty Latin King Nation.

Let the manifestation of our departed Brothers and Sisters be the path to thee and let it be as it was in the beginning – Strong King Wisdom on both continents, Peace in Black and Gold.


King Love! Yesterday, Today, Tomorrow, Always And Forever

THE KING MANIFESTO
*********************

KINGS AND QUEENS PRAYER

Oh King of the Universe, Supreme maker of all things,
We, the Almighty Latin King and Queen Nation ask you,
Almighty King, to bring peace to our souls; bring peace
to those of our Brothers and Sisters who have died in our
cause.  As an Almight Nation under the Sun, protected by
you love and guidance, we bring our right fist upon our
hearts for love, honor, obedience, sacrifice and right-
eousness.

    We ask you, Almighty King, to bless our departed
Brothers and Sisters, members of our beloved and mighty
Nation, who on this very day rest in the bosom of your
sanctuary.  May they rest in your care and may they have
found the peace and freedom they sought.  In our critic-
al moments, bring us comfort and guide us through those
days of confusion and oppression.  May the blessings of
the ancients and the wisdom of the ages guide us and
keep our Nation strong as we battle the forces that seek
to deny us.

    We, the Almighty Latin King and Queen Nation, are en-
trusted with a divine mission, one that transcends per-
sonal gains and recognition.  As Kings and Queens, we
pledge ourselves ever faithful to that mission.  Make us
all aware that others look to us for guidance, and let us
always prove ourselves worthy of providing it.  For,

though, we are of different Nationalities, we all share
the same cultures of our ancient ancestors, whose every
word is law throughout the world.  It is our destiny to
lead rather than be led.

    We, the Almighty Latin King and Queen Nation, have
the blood of royalty in our veins.  We are the guiding
light of our People.  Place wisdom in our minds, love in
our hearts, and fortitude to withstand the trials of
time.  Guide and protect our Coronas, so that they may
lead us to our ultimate goal — the awakening of our Peo-
ple to their oppressed state, so that they may lift our
heritage to its rightful place among the thrones of
Kings and Queens.

    LET THE MANIFESTATION OF OUR SACRIFICED BROTHERS AND
    SISTERS BE THE PATH TO THEE, AND LET IT BE AS IT WAS
    IN THE BEGINNING:

    STRONG KING AND QUEEN WISDOM-PEACE IN BLACK & GOLD...

## THE KING MANIFESTO
**✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱**

## ICONA

The history of all hitherto existing gang feuds is the History of label struggles for the sake of "click" recognition. It is this egotistical force for recognition which leads to rivalry and senseless disputes which often cost the high price of human life. The life of our People, the oppressed Third World People.

With the intentions of changing this social and oppressive phenomenon, the King Manifesto is written to serve as a guide and to enlighten our deplorable conditions under the existing order of things. With this thought in mind, we proceed to create the New King, the Moral King, the King of Others, the lover of men and the Turning Wheel of Change.

Devoting your life to the principles of Kingism implies a life of service to your fellow man. We can be of service in no other way. If you turn your back on your Brother, simply, because of a label, you are turning your back on the Almighty Latin King Nation.

One who does not know the Almighty Latin King Nation and its Laws is like a plant growing in the shade. Although it knows not the Sun, it is nevertheless absolutely dependent upon it.

The Nation is in your hands. If you turn your back on the Nation, you are denying yourself the sole purpose of you existence - the right to be free!

BEHOLD LATIN KING!

-5-

THE KING MANIFESTO
‡¥‡¥‡¥¥‡¥‡¥‡¥‡¥‡¥‡¥¥‡¥¥‡¥

KINGISM

Kingism is the doctrine of the Almighty Latin King
Nation.  There are three stages or cycles of Nation life
that constitutes Kingism.  They are:

PRIMITIVE STAGE
CONSERVATIVE STAGE
THE NEW KING STAGE

In order for one to grasp a good understanding of each
stage and its development, one must understand and con-
sider the social factors surrounding each stage.

I.   THE PRIMITIVE STAGE is that stage in life where the
King Warrior acts on impulse, executing his actions with-
out giving them the serious thought that they demand.  A
stage of immaturity where the King Warrior's time is
spent "gang-bangin", getting high and being recognized
as big and bad.
        This can also be classified as the wasteful stage to
a certain extent; to the extent that what is being done
is being done unconsciously.  Yet, it is not wasteful in
the sense, that the environment conditions this type of
behavior, in order for one to survive the hardships of
ghetto life — that undesireable level at the lowest plane
of social existence, it is wasteful in that energy is be-
ing misused.  There are no objectives for one's actions,
except for the factual phenomenom that the entire affair
is centered around recognition, label recognition and
personal recognition.  This egotistical tendency often
leads to a blind alley.
        Regardless of how senseless one's actions may seem
at this level, this is the original stage of Kingism and
from the roots of the Primitive stage emerges the second
stage.  It is at this level, where one either breaks or
becomes strong.  True lovers of the Nation develop at
this stage.

II. THE CONSERVATIVE STAGE (also known as Mummy stage) is
the stage of so-called maturity.  At this level, the King
Warrior becomes tired of the Primitive Stage.  He no
longer wishes to participate in the senseless routine of
gang fighting, hanging on the corner or being recognized
as big and bad.  Most often, at this level, the King War-
rior gets married and retires, alienating himself from
the boys and the Nation, concentrating his energies and
devotion to his Queen, his children and his responsibil-
ity to them; ignoring the fact that he has unconsciously
been neglecting his main responsibility to them and him-
self, i.e., to make himself and his loved ones free!

THE KING MANIFESTO
***********************

(Cont, Conservative Stage)

It is inappropriate to call this stage the Maturity
Stage, due to the fact that the King Warrior, at this
time, does not really become mature, in the true sense
of maturity.  Instead, he becomes mummified or reaches a
level of mummified maturity.  He, in his conservative
role, lives with no future, accepting life as it has been
taught to him by the existing system that exploits all
People of color - dehumanizes them and maintains them un-
der the economic and social yoke of slavery.
True members of the Nation do not quit at this lev-
el, they do not cease to identify themselves with the
Kings, instead they alienate themselves from them.  They
do not cease to be who they are. They conserve what they
are; they become conservative.  There are more Kings at
this level, than at any other level.  And, although,
this stage has all the characteristics of a regressive
stage, it is really the stepping stone into the third
stage of Kingism - the New King Stage.

III.  THE NEW KING STAGE is the stage of awareness and
decision.  The Primitive and Conservative stages are a
compliment to the third.  They go hand-in-hand with this
stage of maturity.  It does not keep the King Warrior in
the limbo state of being i.e., the mummy like stage.  At
this level there is a stage of awareness, an awareness
of one's self as a subject of decision.
Under the New King stage, the world takes a com-
pletely new form.  One no longer continues to visualize
the street corner as his turf or being tough as a man of
survival as in the Primitive Stage, nor does he remain
in the mummy stage.  Instead, he learns to appreciate
the values of organizational work, the values of life
and of Brotherhood. One no longer views the rival war-
rior as the cause of one's ills, instead his vision
broadens to the extent of recognizing himself as a sub-
ject of decision.  He learns that his ills lie at the
roots of a system completely alien to his train of
thought and his natural development due to the compon-
ents of dehumanization that exist therein.
This stage is what determines righteousness, for it
is at this stage where awareness leads to the point of
decision, that point where one must decide one's future.
This is where he either becomes an accomplice to that
anti-King system or a subject of decision - A New King!!
The New King recognizes that the time for revolu-
tion is at hand.  Yes, revolution - a revolution of the
mind! The revolution of knowledge! A revolution that will
bring freedom to the enslaved, to all Third World People,
as we together sing and praise with joy, what time it is-
it's Nation time!

-7-

THE KING MANIFESTO
*****************************

(Cont, New King Stage)

Time for all oppressed People of the world to unite.  The
young warriors and future leaders look at the New King
with the hope of someday being free.  We shall not de-
stroy the faith they have in us, for in doing so, we de-
stroy ourselves.
       The New King is the end product of complete aware-
ness, preceiving three hundred and sixty degess of en-
lightment.  He strives for world unity.  For him, there
are no horizons between races, sexes and senseless lab-
els.  For him, everything has meaning, human life is
placed above materialistic values.  He throws himself
completely into the battlefield, ready to sacrifice his
life,for the ones he loves, for the sake of humaniza-
tion.
       The New King is endowed with the supreme natura.
powers that surpass the human scope of comprehension.
These highly complexed, energical entities separate him
from the abstract world and all those who surrender
themselves to vanity and idleness and place material-
istic values above and beyond human principle.
       The New King sees himself as a subject of decis-
ion, a Sun that must glow forever to enlighten those
not so fortunate as he.  He feels the rays of the Sun
glowing in the essence of his being, giving him life,
energy and strength - the strength of his unshakeable
spirit and the nobleness of his heart.  The hypnotiz-
ing profundity of his gaze reflects the limitless pow-
er of his mind and the unshakeable will to be FREE.
       The New King is the turning wheel of change, he
recognized what time it is - It's Nation time! He sees
the rulers of our present system lavishing their treas-
ures freely on the means of destruction, then towards
that which would promote the happiness of mankind.
This strife, discord and bloodshed must cease and all
oppressed People must unite as one Nation, as one kin-
dred, as one family.
       The New King is aware of the fact that in the
Almighty Latin KIng Nation, all are servants, Brothers
and Sisters - natural allies, together in one nucleus.
As soon as one feels a little better than the other,
a little superior to the rest, he is in a dangerous
position and unless, he casts away the seed of such
evil thought, he is not an instrument for the service of
the Nation.  Just as calamity is due for disobedience,
so deliverance from calamity can be obtained from
obedience.  Turning from the Nation brings inevitable
disaster and turning to the Nation brings blessings.
       In order to establish the Kingdom of freedom in
the world, it must first be established in the hearts
of men.  The King that lives his life according to
the teachings of this Nation is the True King.
                    -9-

THE KING MANIFESTO
*******************************

(Cont, New King)

A King who loves his Nation, his People and freedom; one
who works for universal peace, universal freedom and uni-
versal Brotherhood.  A man may call himself a King, just
as an ugly man may call himself handsome, yet if he does
not live the life of a True King, he is not a King, and
an ugly man deceives no one.

     He who would be a New King needs to be a fearless
seeker and lover of freedom.  If his heart is pure and
his mind is free from prejudice, he shall not fail to
recognize freedom from slavery.  The call of the New King
to mankind is that men should open their eyes and use
their reason, not suppress it.  It is seeing and free
thinking, not servile credulity, that will enable the
True King to penetrate the clouds of prejudice, to shake
the letters of blind imitation and attain from the rea-
lization of truth, a new revelation.

     The New King will not only believe in the teachings
of his Nation, but will find in them the guide and in-
spiration for his life and joyfully impart to others the
knowledge that is the well-spring of his own being.
Only then will he receive the full measure of power of
the Almight Latin King Nation.

     When a man becomes a New King, the will of the Na-
tion becomes his will; for to be at variance with the
Nation is one thing that cannot endure.  The Almighty
Latin King Nation requires whole-hearted and complete
devotion.

     How can devine King Love be demonstrated to an un-
believing world, its capacity to endure to the utmost
blows of calamity and the treachery of seeming friends;
to rise above all this, undismayed and unembittered,
still to forgive, bless and unite?  The light of King
Love irradiates his foggiest days, transmutes his suf-
fering into hope and martydoms itself into a ecstatical
bliss.  The New King longs to see believers of freedom
shouldering the responsibilities of the cause.  Now is
the time for union and concord.  Now is the day of un-
ity, because it's Nation time!

     The New King recognizes that the day of resurrect-
ion is here.  A time for the appearance of a new mani-
festation of truth.  The rising of the dead means spir-
itual awakening of those who have been sleeping in the
graveyard of ignorance.  The day of the oppressor must
now be judged by the oppressed.


                    BEHOLD LATIN KING


                         -9-

THE KING MANIFESTO
.*****************

THE CODE OF KINGISM


Every member of the Nation shall honor, respect and pro-
tect with his life, the lives and reputation of all mem-
bers of the Almighty Latin King Nation.

Stand up for those who stand up for themselves, in their
quest for peace, justice, freedom, progress and prosper-
ity.

Never exploit or bring harm to any member of the most
righteous Tribe - The Lion Tribe - the Almighty Latin
King Nation or any other oppressed person or nation.

Respect and protect with your life Brown Women for
they are the mothers of our beautiful color, the life
of the future Suns of the Universe.

Love and respect children of all races, sexes, cults
and religions.  Protect them with your life for they
are the leaders of tomorrow's Nations.

Honor and respect the Nation Salute for it means, " I
DIE FOR YOU";  the Sacred Colors for they represent
the People we love and live for - the memory of those
who rest in peace, in the sanctuary of the Almighty
Father, King of Kings.

Educate yourself, for an illiterate King is a weak King
and a weak King has no place in a Strong Nation.

Learn your King Manifesto and live by it, for it shall
lead to Peace - Freedom - Justice.




BEHOLD LATIN KING




-10-

THE KING MANIFESTO
*********************

## NATIONAL EMBLEM
*******************

The Crown is the National Emblem of the Almighty Latin King Nation.  It displays our royalty among men; our sovereignty and our Kingdom among Nations.  The Crown is a symbol that is recognized all over the world and although there are many different types, the two that the Almighty Latin King Nation identify with the most are the Imperial and the Coronet.

The Imperial is the one most generally used to represent our beloved Nation because of its very meaning and magnificence.

Each of the Coronet's five points has a special meaning.  They represent Love, Honor, Obedience, Sacrifice and Righteousness.  The Crown enthrones our idealism, our belief and attitudes towards a better way of life in the universe...

## SACRED COLORS
***************

Black represents the solid dominant color of the universe, the brave and the bold, the darkness of the immense night.  It represents People of one idea, one body, mind and soul, the Alpha and the Omega.

Gold represents the fabulous, brilliant Sun at its highest peak; the splendoring glow of hope in oppressed People, the brillance of the mind and the solid unity in strength, love and sacrifice.

Two colors of natural creations existing since the beginning of time and enduring forever.

## NATIONAL SALUTE
******************

A fist upon our heart...it means, " I DIE FOR YOU", for you are flesh of my flesh, blood of my blood, son of my mother who is the Universal Nature and follower of Yahweh, who is the Almighty Ing of Kings; it also means Love - Strength - Sacrifice.

BEHOLD LATIN KING

Glory to the Queens and Power to the Kings
Almighty Latin King Love, Yesterday, Tomorrow, Always
And Forever!

THE KING MANIFESTO
*********************

NATION FLAG

The Flag shall consist of either two stripes – one
Black and one Gold – running horizontally with a circle
in the upper left corner of the top, with a Crown in the
center of the circle, or the Flag may consist of three
stripes running vertically with a circle in the center
stripe and a Crown in the circle.
The Flag shall never touch the floor or be placed
where dishonor may fall upon it.





BEHOLD LATIN KING

-13-

THE KING MANIFESTO
*******************

### FEARLESSNESS

     To the Almighty Latin King Nation, fearlessness im-
plies absence of all kinds of fears.  It is the freedom
from such fears as hunger, humiliation, wrath and the
criticism of others.  It is also the freedom from the
fear of resistance, the freedom from the fear of loss of
courage and the freedom from the fear of physical death.
It is a necessity for a true Latin King because cowards
can never be moral.  Fearlessness is indispensable for
the growth of other noble qualities.

     How can one seek liberation, truth or cherish love
without fearlessness?  Moral Bravery is, for the Nation,
the highest heroism.  And it consists in the readiness
to sacrifice patiently and fearlessly, everything, in-
cluding life for the good of other members of the Tribe
of Righteousneess out of love for them....

BEHOLD LATIN KING



-13-

THE KING MANIFESTO
***********************


THE ALMIGHTY EYE


When a King Warrior accepts Kingism as described in
the King Manifesto, his life takes a complete turn.  For
him everything changes.  His vision is no longer limited
to narrow horizons, instead he is gifted with the power
of the Almighty Eye - a Sun that glows to enlighten,
through the sense of sight, the New King and the Nation.

The eyes of the Nation are everywhere there is a
Nation man, a True King.  His perceptions, viewed in the
concept of universal human progress, is the reflections
of his soul, his ideology, his quest for freedom and his
desire for unity among his People.  His observations are
free and independent; his thoughts are not clouded by
any form of prejudice and his actions are based on common
sense and knowledge.

Seeing, perceiving and observation by all Kings is
the network of the Nation - the eyes of the Almighty
Latin King Nation are everywhere.



BEHOLD LATIN KING


-14-

BROWN FORCE

The Latino can draw additional strength from another force, too if he has the will and the faith.

Anonymous millions of Brown Men and Women have given their life in the fight for liberation. They have fought against colonialism, hunger, ignorance and for the human dignity of our People. They have drawn from one another, through unity, a force of fortitude — Brown Force — the force which provides the splendoring glow of hope in oppressed people. The need they cast into the founding of a Nation — the Almighty Latin King Nation — has withstood the trials of time.

Drawing upon the endurance and fortitude of Brown Force, we continue our quest to unify and insure free political and cultural expression among the Third World People and among the commonwealth of individuals. We are the People's liberating force — Brown Force — the foundation of the Nation.

BEHOLD LATIN KING

-15-

THE KING MANIFESTO

NATION MEN

Who is a Nation man and who is not?  The difference
lies in what they do, how they carry themselves and how
they talk,  but in order for one to really understand the
contrast, one must know and understand the principles of
the King Manifesto and Modern Kingism.
One of the clearest contrastive examples is when the
so-called Nation Man claims to be a Latin King, a member
of the Almighty Latin King Nation, and by the same token
says, "I am a Little, A Coulter King, A Pee Wee, I'm from
such and such a branch or chapter, etc."  He might be a
Latin King, that is true, but he definitely is not a
Nation Man.

This clearly testifies that this so-called Nation
Man is really a demagogue, a preacher of false philoso-
ophy, an agent of confusion and disunity.  His mind is
broad only to the scope of where his particular "click"
is concerned.  Outside of that click mentality, his mind
meets with the brick wall of prejudice and individualism.
Nation Men on the other hand are devoted followers
and believers of unity, supporters of the harmonious
whole.  For Nation Men there are no horizons between
clicks and branches for they identify only with the Na-
tion, not a particular click, branch or section - nat-
ural allies together in one nucleus, one Nation, the
Almighty Latin King Nation.

BEHOLD LATIN KING

-16-

THE KING MANIFESTO
‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡‡

KING AM I

Whether in front or profile I stand
On that finished form let glory bestow
Black its midnight shadow,
Gold its morning glow
In precision clear, a vision ever so bright
That over the rest domineering light
Spreads the extensive vigor of its rays
Any yields to me the power they praise
That majesty, that grace, rarely given
To remove the restraints
With which they confine
To pass before the turning wheel of change
With supreme perfection my aim
Love, truth, and knowledge my claim


Below the thunderous lofty arch of light
The whole in loveliest harmony unites
For a True King the brightest glories soar
The King of Kings applauds him
And the world adores
Let then each be firm allied
And let no one separate or divide
United in strict decorum, time and place
An emulous love and genuine faith
Be Grace, Be Majesty they constant strive
That majesty, that grace - King Am I.




Be it always remembered that the original Manifesto was
written and dedicated to all oppressed people of the
world, to the People and the Nation and to all our beau-
ful Sisters by the Brown Prince of Darkness.   Amor!




BEHOLD LATIN KING


-17-