AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF    MASSACHUSETTS

UNITED STATES

V.

CONCE, RODRIGUEZ

**EXHIBIT AND WITNESS LIST**

Case Number: CR04-10047/CR04-10049

| PRESIDING JUDGE<br>ALEXANDER | PLAINTIFF'S ATTORNEY<br>LEVITT | DEFENDANT'S ATTORNEY<br>HRONES, CARTER |
|---|---|---|
| TRIAL DATE (S)<br>03-03-04 | COURT REPORTER<br>DIGITAL RECORDING | COURTROOM DEPUTY<br>REX BROWN |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| X | | 03-03-04 | direct | | SHARON HUBER, S/A FBI |
| 1 | | 03-03-04 | X | X | AFFIDAVIT OF S/S MARK KARRANGIKIS |
| 2 | | 03-03-04 | X | X | CHART OF JUAN CONCE: CONTROLLED PURCHASES |
| 3 | | 03-03-04 | X | X | VIDEOTAPE EXCERPT OF CONTROLLED BUY |
| 4 | | 03-03-04 | X | X | CHART OF LUIS RODRIGUEZ: CONTROLLED PURCHASES |
| 5 | | 03-03-04 | X | X | VIDEOTAPE EXCERPT OF CONTROLLED BUY |
| 6 | | 03-03-04 | X | X | VIDEOTAPE EXCERPT OF CONTROLLED BUY |
| X | | 03-03-04 | cross | | SHARON HUBER, S/A FBI |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1  Pages