UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>)<br>)<br>LUIS RODRIGUEZ, )<br>A/K/A "One Eyed Luis" )<br>) | Criminal No. 04-10047 RCL |

### DEFENDANT'S MOTION TO FILE UNDER SEAL

Defendant, Luis Rodriguez, a/k/a "One Eyed Luis", by his attorney, moves that the attached *Motion* be filed under seal.

                                      LUIS RODRIGUEZ
                                      By his attorney,

                                      _/s/ Valerie S. Carter_
                                      Valerie S. Carter
                                      CARTER & DOYLE, LLP
                                      530 Atlantic Avenue
                                      Boston, MA 02210
                                      617-348-0525
                                      vcarter@carterdoyle.com

DATED: March 12, 2004