UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>) Criminal No. 04-10047 RCL<br>)<br>LUIS RODRIGUEZ, )<br>A/K/A "One Eyed Luis" )<br>)  | |

### DEFENDANT'S MOTION TO FILE UNDER SEAL

Defendant, Luis Rodriguez, a/k/a "One Eyed Luis", by his attorney, moves that the attached *Motion* be filed under seal.

                              LUIS RODRIGUEZ
                              By his attorney,

                              */s/ Valerie S. Carter*
                              Valerie S. Carter
                              CARTER & DOYLE, LLP
                              530 Atlantic Avenue
                              Boston, MA  02210
                              617-348-0525
                              vcarter@carterdoyle.com

DATED: March 15, 2004