```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Cr. No. 04-10047 RCL |
| ) | |
| LUIS RODRIGUEZ, ) | |
|   A/K/A "ONE EYED LUIS" ) | |
| ) | |
| ) | |

### INFORMATION

**COUNT ONE:**   (Title 21, United States Code, Section 851 --
                Notice of Prior Conviction)

The United States Attorney Charges that:

   1.   On or about January 12, 1998, LUIS RODRIGUEZ was convicted in the Lawrence District Court of Possession of a Class B Substance with Intent to Distribute, in violation of M.G.L. c. 94C, §32A.  A copy of the Judgment of Conviction of Lawrence District Court, docket 9718 CR 5462, is attached as Exhibit 1.

   2.   On or about September 18, 2003, LUIS RODRIGUEZ was convicted in the Lawrence District Court of Manufacturing/Distribution of a Class B Substance, in violation of M.G.L. c. 94C, §32A.  A copy of the Judgment of Conviction of Lawrence District Court, docket 0318 CR 384, is attached as Exhibit 2.

   3.   LUIS RODRIGUEZ, has been named as a defendant in an Indictment numbered 04-10047 RCL, charging him with conspiracy to distribute cocaine base, a/k/a/ "crack cocaine", and distribution

of cocaine base, attached as Exhibit 3.

4.  By way of this information, the government notifies LUIS RODRIGUEZ, that he is charged with committing the crimes alleged in said Indictment after having been previously convicted of a felony drug offense as set out in paragraphs 1 and 2, above.

All in keeping with Title 21, United States Code, Section 851(a)(1).

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN

                                      United States Attorney

By:                       JOHN A. WORTMANN, JR.
                            PETER K. LEVITT
                            Assistant U.S. Attorneys

March 24, 2004

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the foregoing document by facsimile and mail on Valerie Carter, Esq., counsel for LUIS A. RODRIGUEZ.

_____
PETER K. LEVITT
Assistant U.S. Attorney