UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | CRIMINAL NO. 04-10047-RCL |
| LUIS RODRIGUEZ, A/K/A "ONE EYED LUIS" | ) ) ) ) | |

## GOVERNMENT'S ASSENTED TO MOTION TO EXCLUDE TIME

Now comes the United States, by its attorneys, Michael J. Sullivan, United States Attorney, and Peter K. Levitt, Assistant U.S. Attorney, and hereby moves to exclude from all Speedy Trial Act calculations the period of time from April 15, 2004 (the date of the Initial Status Conference) to and including May 27, 2004 (the date of the Interim Status Conference) (excludable delay pursuant to 18 U.S.C. § 3161(h)(1)(F) and § 3161(h)(8)(A)). The requested delay is in the interests of justice and outweighs the best interests of the public and the defendant in a speedy trial. The defendant, through counsel, assented to this request at the Initial Status Conference on April 15, 2004.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Peter K. Levitt
PETER K. LEVITT
Assistant U.S. Attorney

April 20, 2004

CERTIFICATE OF SERVICE

I, Peter K. Levitt, do hereby certify that a copy of the foregoing was served by mail on counsel for the defendant, Valerie Carter, Esq., on April 20, 2004.

PETER K. LEVITT
ASSISTANT UNITED STATES ATTORNEY