UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) <br> ) <br> ) |
| v. | ) CRIMINAL NO. 04-10047-RCL <br> ) |
| LUIS RODRIGUEZ, A/K/A <br> "ONE EYED LUIS" | ) <br> ) <br> ) |

## JOINT INITIAL STATUS REPORT

The United States of America and the defendant, Luis Rodriguez, by their respective undersigned counsel, submit this joint status report pursuant to Local Rule 116.5(A).

1. **Local Rule 116.3 Timing Requirements**

At this time the parties do not seek relief from the timing requirements imposed by L.R. 116.3.

2. **Expert Discovery**

The government anticipates that, unless there is a stipulation regarding the controlled substance involved in this case, it will offer expert testimony regarding the cocaine and marijuana seized in this case. The defendant reserves its right to seek such discovery.

3. **Additional Discovery**

The government states that all Rule 16 and automatic discovery materials have been provided or made available to defendant's counsel.

FILED
In Open Court
USDC, Mass.
Date 4-15-04
By ____
Deputy Clerk

4.  **Motion Date**

The government requests that all motions be filed on or before May 26, 2004, and any responses be served by June 9, 2004. The defendant requests that all motions be filed on or before June 21, 2004, and any responses be served by July 6, 2004.

5.  **Speedy Trial Act**

The parties have conferred on the periods excludable from all Speedy Trial Act calculations and believe that the following periods are excludable:

| | |
|---|---|
| 2/24/04-3/5/04 | Govt's motion for detention |
| 3/5/04-4/2/04 | Excludable delay pursuant to Local Rule 112.2(A)(2) & 18 U.S.C. § 3161(h)(8)(A) |
| 4/14/04-date of Final status | Excluded as set forth above |

As of the Final Status Conference, 11 days will have been counted and 59 days will remain under the Speedy Trial Act.

6.  **Anticipated Trial**

It is too early to tell whether a trial will be needed in this matter. The United States estimates that a trial would last approximately 2 days.

7.  **Final Status Conference**

The government requests that a Final Status Conference be scheduled for June 9, 2004, or as soon thereafter as is convenient for the Court. The defendant requests that a Final

Status Conference be scheduled for July 8, 2004, or as soon thereafter as is convenient for the Court.

                                  Respectfully submitted,

                                  MICHAEL J. SULLIVAN
                                United States Attorneys,

By: _____
      JOHN A. WORTMANN JR.
      PETER K. LEVITT
      Assistant U.S. Attorney
      One Courthouse Way
      Boston, MA
      (617) 748-3355


COUNSEL FOR LUIS RODRIGUEZ

_____
Valerie S. Carter, Esq.
530 Atlantic Avenue
Boston, MA 02210
(617) 348-0525


DATED: April 15, 2004