UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

                 CRIMINAL CASE
V.                 NO. 04-10047 RCL

LOUIS RODRIGUEZ
    Defendant

REPORT & ORDER ON
INITIAL STATUS CONFERENCE

ALEXANDER, U.S.M.J.

    On April 15, 2004, the parties appeared before this Court for an Initial Status Conference. With regard to the following issues, the parties have represented that:

1. There are no unusual or complex issues presented requiring an early joint conference of the District Judge or the Magistrate Judge with the attorneys;

2. There are no features of the case that deserve special attention or modification of the standard schedule;

3. There is no anticipated supplemental discovery;

4. Discovery concerning any expert witnesses, pursuant to Fed. R. Crim. P. 16 (a)(1)(E) & 16(b)(1)(C), will be provided by the government regarding the cocaine and marijuana seized in this case;

5. The applicable periods of excludable delay under the Speedy Trial Act include: February 24, 2004, through March 3, 2004 (10 days); March 3, 2004 through March 31, 2004 (28 days) and April 15, 2004, through May 27, 2004 (forty-two days), for a total of eighty (80) days as of April 30, 2004. **The time period from March 31, 2004, through April 15, 2004 (15 days) has not yet been excluded by written motion.** The total amount of time to proceed to trial is fifty-five (55) days. The government shall file a joint motion for all applicable periods of excludable delay;

6. Trial is anticipated at this time. The estimated duration of a trial is two (2) days;

7. There are no other matters.

IT IS HEREBY ORDERED THAT

A motion date pursuant to Fed. R. Crim. P. 12 (c) has not yet been established. An **Interim Status Conference** is scheduled at **11:00 a.m.** on **May 27, 2004,** in Courtroom 24, 7th floor.

**Pursuant to LR 116.5 (C), parties shall confer and, not later than three (3) business days before the Final status Conference, prepare and file a joint Final Status Conference Memorandum.**

                                          HONORABLE JOYCE LONDON ALEXANDER
                                          U.S. MAGISTRATE JUDGE

                                          By the Court:

April 30, 2004                      /S/ Rex Brown
Date                               Courtroom Clerk
                                      (617) 748-9238