UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA    )
                            )
            v.              )   CRIMINAL NO. 04-10047-RCL
                            )
LUIS RODRIGUEZ, A/K/A       )
    "ONE EYED LUIS"         )
                            )
```

FILED
IN CLERK'S OFFICE

2004 JUL 12 P 2:16

DISTRICT COURT
DISTRICT OF MASS.

### ASSENTED TO MOTION TO CONTINUE FINAL STATUS CONFERENCE AND TO EXCLUDE TIME FROM SPEEDY TRIAL ACT COMPUTATIONS

The United States, through its undersigned counsel, hereby moves to continue the Final Status Conference, currently scheduled for July 14, 2004, to July 20, 2004, at 3:15 p.m. The defendant, through counsel, assents to this request. The United States hereby moves to exclude from all Speedy Trial Act calculations the period of time from July 14, 2004 to and including July 20, 2004, as excludable delay pursuant to 18 U.S.C. § 3161 (h)(1)(F) & (h)(8)(A). The requested delay is in the interests of justice and outweighs the best interests of the

public and the defendant in a speedy trial. The defendant, through counsel, assents to the relief requested herein.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Peter K. Levitt
PETER K. LEVITT
Assistant U.S. Attorney
One Courthouse Way
Boston, MA
(617) 748-3355

July 12, 2004

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing document by facsimile on Valerie Carter, Esq., counsel for LUIS A. RODRIGUEZ.

*/s/ Peter K. Levitt*
PETER K. LEVITT
Assistant U.S. Attorney

# HARDCASTLE & SHOBER

ATTORNEYS AT LAW

141 Tremont Street, Boston, MA 02111

JOSEPH F. HARDCASTLE
jfh@hardcastleshober.com

TELEPHONE: (617) 423-9990
FACSIMILE: (617) 423-0671

July 12, 2004

**BY HAND DELIVERY**

Civil Clerk
United States District Court
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, MA 02210

Re: *EnvoyWorldWide, Inc. v. Western Union Financial Services, Inc.*
Civil Action No.: 03-CV-10806-RCL

Dear Sir or Madam:

Enclosed for filing in the above referenced action, please find the following:

1. Plaintiff EnvoyWorldWide, Inc.'s Motion for Partial Summary Judgment and Request for Oral Argument;

2. Memorandum in Support of Plaintiff EnvoyWorldWide, Inc.'s Motion for Partial Summary Judgment;

3. Plaintiff EnvoyWorldWide, Inc.'s Statement of Undisputed Material Facts; and

4. Appendix of Materials in Support of Plaintiff EnvoyWorldWide, Inc.'s Motion for Partial Summary Judgment.

Thank you for your attention to this matter.

Sincerely,

Joseph F. Hardcastle

enclosures

cc: Christopher P. Silva, Esq. (by hand w/enclosures)