

**U.S. Department of Justice**

*United States Attorney*
*District of Massachusetts*

---

*Telephone: (617) 748-3355*          *United States Courthouse, Suite 9200*
*Telecopier: (617) 748-3969*        *1 Courthouse Way*
                                      *Boston, Massachusetts  02210*

July 20, 2004


Rex Brown
Courtroom Clerk to the
  Honorable Joyce London Alexander
Clerk's Office
United States Courthouse
1 Courthouse Way
Boston, MA    02210

      Re:  <u>United States v. Luis Rodriquez; Cr. No. 10047-RCL</u>

Dear Mr. Brown:

      I write to confirm that, in light of a medical matter
involving defense counsel, today's final status conference in the
above matter is postponed until a date to be determined by the
Court.

      Thank you for your attention to this matter.

                                Very truly yours,


                                S/PETER LEVITT

                                Peter K. Levitt
                                Assistant U.S. Attorney


cc:  Valerie Carter, Esq.