UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>        v.                                        )    CRIMINAL NO. 04-10047-RCL<br>)<br>LUIS RODRIGUEZ, A/K/A           )<br>  "ONE EYED LUIS"                   ) | |

<u>GOVERNMENT'S ASSENTED TO MOTION TO EXCLUDE TIME</u>

Now comes the United States, by its attorneys, Michael J. Sullivan, United States Attorney, and Peter K. Levitt, Assistant U.S. Attorney, and hereby moves to exclude from all Speedy Trial Act calculations the following periods of time: (1) from May 27, 2004 (the date of the Interim Status Conference) to and including July 20, 2004  (the date of the scheduled Final Status Conference) (excludable delay pursuant to 18 U.S.C. § 3161(h)(1)(F) and § 3161(h)(8)(A)); and (2) from July 20, 2004 (the date of the scheduled Final Status Conference) to and including the date of the re-scheduled Final Status Conference (yet to be scheduled) (excludable delay pursuant to 18 U.S.C. § 3161(h)(1)(F) and § 3161(h)(8)(A)).

    The requested delay is in the interests of justice and outweighs the best interests of the public and the defendant in a speedy trial.  The defendant, through counsel, assents to this request.

                                  Respectfully submitted,

                                  MICHAEL J. SULLIVAN
                                United States Attorney

                        By: <u>S/ PETER K. LEVITT</u>
                              PETER K. LEVITT
                              Assistant U.S. Attorney

July 28, 2004

<u>CERTIFICATE OF SERVICE</u>

I, Peter K. Levitt, do hereby certify that a copy of the foregoing was served by facsimile on counsel for the defendant, Valerie Carter, Esq., on July 28, 2004.

<u>S/ PETER K. LEVITT</u>
PETER K. LEVITT
ASSISTANT UNITED STATES ATTORNEY