UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL CASE NO. 04-10047 RCL |
| V. | |
| LOUIS RODRIGUEZ<br>    Defendant | |

NOTICE
OF STATUS CONFERENCE

ALEXANDER, U.S.M.J.

PLEASE TAKE NOTICE that the above-entitled case previously set at 2:30 p.m. on July 20, 2004, has been re-set for an **final status conference** at **3:15 p.m., Tuesday, October 5, 2004,** before Magistrate Judge Alexander in Courtroom #24, 7th floor, United States Courthouse, One Courthouse Way, Boston, MA 02210.

Please note that the defendant need not be present.

HONORABLE JOYCE LONDON ALEXANDER
U.S. MAGISTRATE JUDGE
By the Court:

September 24, 2004             /S/ Rex Brown
Date                           Courtroom Clerk
                               (617) 748-9238

Notice to:   Valerie Carter, Esq.
             *via electronic notice*
             AUSA Peter Levitt, Esq.
             *via electronic notice*