UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 04-10047-RCL |
| | ) | |
| v. | ) | VIOLATIONS: |
| | ) | |
| LUIS RODRIGUEZ, | ) | 21 U.S.C. § 841(a)-- |
| A/K/A "ONE EYED LUIS" | ) | Distribution Of Cocaine |
| | ) | Base |
| | ) | |
| | ) | 21 U.S.C. § 853-- |
| | ) | Criminal Forfeiture |
| | ) | Allegation |
| | ) | |

## SUPERSEDING INDICTMENT

**COUNT ONE:**   (21 U.S.C. § 841(a)(1)--Distribution Of Cocaine Base)

The Grand Jury charges that:

On or about December 29, 2003, at Lawrence, in the District of Massachusetts,

**LUIS RODRIGUEZ, A/K/A "ONE EYED LUIS",**

the defendant herein, did knowingly and intentionally possess with intent to distribute, and distribute, cocaine base, also known as "crack," a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## NOTICE OF ADDITIONAL FACTORS

The Grand Jury further finds that:

1. At the time he committed the offenses charged in this Superseding Indictment, defendant LUIS RODRIGUEZ was at least eighteen years old and had two or more prior felony convictions of either a crime of violence or a controlled substance offense. Accordingly, U.S.S.G. §§ 4B1.1 & 4B1.2 apply to defendant LUIS RODRIGUEZ.

## FORFEITURE ALLEGATION
## (21 U.S.C. § 853)

The Grand Jury further charges that:

1. As a result of the offense alleged in Count 1 of this Indictment,

**LUIS RODRIGUEZ, A/K/A "ONE EYED LUIS"**,

the defendant herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such offenses; and/or any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, any such violations.

2. If any of the property described in paragraph 1, above, as a result of any act or omission of the defendants --

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property described in paragraph 1.

All in violation of Title 21, United States Code, Section 853.

**A TRUE BILL**

_____
FOREPERSON OF THE GRAND JURY

_____
JOHN A. WORTMANN, JR.
PETER K. LEVITT
ASSISTANT U.S. ATTORNEYS

DISTRICT OF MASSACHUSETTS; __Oct. 14__, 2004.

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

≋JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | | **U.S. District Court - District of Massachusetts** |
|---|---|---|

**Place of Offense:** Lawrence    **Category No.** II    **Investigating Agency** FBI

**City** Lawrence    **Related Case Information:**

**County** Essex    Superseding Ind./ Inf.  X    **Case No.** 04-10047-RCL
Same Defendant  X    New Defendant
Magistrate Judge Case Number
Search Warrant Case Number
R 20/R 40 from District of

## Defendant Information:

Defendant Name  LUIS RODRIGUEZ    Juvenile: ☐ Yes   X No

Alias Name  ONE-EYED LUIS

Address  96 PROSPECT ST LAWRENCE, MA

Birthdate: 1972    SS # 000 00 0036    Sex: MALE    Race: Hispanic    Nationalit US

**Defense Counsel if known:**         Address

Bar Number

## U.S. Attorney Information:

AUSA  Peter K. Levitt ; John A. Wortmann, Jr.    Bar Number if applicable  565761 AND 534860

Interpreter:  ☐ Yes   X No    List language and/or dialect:

Matter to be SEALED:    Yes   X No

Warrant Requested    ☐ Regular Process    X In Custody

## Location Status:

Arrest Date

Already in Federal Custody as of 2/20/04    in
☐ Already in State Custody at    ☐ Serving Sentence    x Awaiting Trial
☐ On Pretrial Release:  Ordered by:    on

**Charging Document:**    ☐ Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty    ☐ Misdemeanor    X Felony    1

Continue on Page 2 for Entry of U.S.C. Citations

X    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 10/14/04    Signature of AUSA: [signature]

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   LUIS RODRIGUEZ   AKA ONE-EYED LUIS

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 841 | DISTRIBUTION OF COCAINE BASE | 1 |
| Set 2 | | 2 |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

js-45-luis-rodriguez.wpd - 2/7/02