UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA                                    CRIMINAL CASE
                                                            NO. 04-10047 RCL
    V.

LOUIS RODRIGUEZ
       Defendant

NOTICE
OF ARRAIGNMENT

ALEXANDER, U.S.M.J.

PLEASE TAKE NOTICE that the above-entitled case has been set for an **arraignment** on the **superseding indictment** at **10:00 a.m., Wednesday, October 27, 2004,** before Magistrate Judge Alexander in Courtroom #22, 7th floor, United States Courthouse, One Courthouse Way, Boston, MA 02210.

Please note that the defendant must be present.

                                        HONORABLE JOYCE LONDON ALEXANDER
                                        U.S. MAGISTRATE JUDGE
                                        By the Court:

October 22, 2004                /S/ Rex Brown
Date                               Courtroom Clerk
                                 (617) 748-9238

Notice to:    Valerie Carter, Esq.
                *via electronic notice*
                AUSA Peter Levitt, Esq.
                *via electronic notice*