# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Criminal Action
No: <u>04-10047-RCL</u>

UNITED STATES

v.

LUIS RODRIGUEZ
Defendant

## NOTICE OF CONFERENCE

LINDSAY, D.J.


      TAKE NOTICE that the above-entitled case has been set for Pretrial Conference at **2:30PM**, on **November 30, 2004,** in Courtroom No. 11, 5th floor.


By the Court,

/s/ Lisa M. Hourihan

_____

Deputy Clerk


November 2, 2004


To: All Counsel