UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

CRIMINAL CASE
NO. 04-10047 RCL

LUIS RODRIGUEZ
       Defendant

REPORT & ORDER ON
FINAL STATUS CONFERENCE

ALEXANDER, M.J.

      On October 5, 2004, parties appeared before this Court for a Final Status Conference. With regard to the following issues, the parties have represented that:

1. There are no features of case that deserve special attention or modification of the standard schedule;

2. Discovery is complete and there are no pending motions;

3. There is no supplemental discovery anticipated;

4. (a) Total amount of time ordered excluded under the Speedy Trial Act: April 15, 2004, through May 27, 2004 (42 days); May 27, 2004, through July 20, 2004 (54 days); and July 20, 2004, through October 5, 2004 (77 days), for a total of one hundred and seventy-three (173) days as of October 5, 2004. The government and defense have not a final status report for the Court;
  (b)The total amount of time to proceed to trial is seventy (70) days as of October 5, 2004;

5. (a) The defendant does not intend to raise a defense of insanity.
  (b) The defendant does not intend to raise a defense of public authority.

6. The Government has requested notice of alibi by the defendant.

7. (a) There are no Motions to dismiss or suppress, or any other motion requiring a ruling by the District Court before trial.
  (b) There is no need for a briefing schedule;

8.  There is no need for schedule concerning any matter in the case other than a Rule 11 hearing;

9.  Resolution of case without trial is likely;

10.  Trial is not necessary.  The estimated duration of trial is two (2) days;

11.  There are no other matters.

    IT IS HEREBY ORDERED THAT

    Whereas all pre-trial matters referred to this Court by the District Judge have been resolved, the case is hereby returned to the District Judge.

        HONORABLE JOYCE LONDON ALEXANDER
        UNITED STATES MAGISTRATE JUDGE
        By the Court:

        /S/ Rex Brown
        Courtroom Clerk

January 5, 2005
Date