UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>)<br>LUIS RODRIGUEZ, )<br>A/K/A "One Eyed Luis" )<br>_____ ) | Criminal No. 04-10047 RCL |

## MOTION FOR RECONSIDERATION

The defendant, Luis Rodriguez a/k/a "One Eyed Luis", by and through his counsel, Valerie S. Carter, appointed pursuant to the Criminal Justice Act, moves in accordance with this court's order regarding Defendant's Ex Parte Motion for Funds to Retain Expert. Please find enclosed letter from Dr. John Daignault indicating specific reasons for his examination. Wherefore Rodriguez requests reconsideration of his Ex Parte Motion for Funds to Retain Expert.

                                                        Luis Rodriguez,

                                                        By his attorney,

                                                        /s/ Valerie S. Carter
                                                        Valerie S. Carter
                                                        Carter & Doyle LLP
                                                        530 Atlantic Avenue
                                                        Boston, MA  02210
                                                        617-348-0525

DATED: April 8, 2005



John Daignault, Psy.D.          **PSI**  Psychological Services, Inc.          Ronald Ebert, Ph.D.

### VIA FACSIMILE AND FIRST CLASS MAIL

April 6, 2005

Valerie S. Carter, Esquire
Carter & Doyle, LLP
Russia Wharf West
530 Atlantic Avenue, 3rd Fl.
Boston, MA 02210

RE: **Luis Rodriquez**

Dear Attorney Carter:

It is my understanding that your client has sustained a serious head insult. A psychological evaluation could be helpful in delineating whether he suffers from any psychological or emotional sequelae as a result; and whether there are any other factors infringing on his mental functioning.

Sincerely,

John Daignault, Psy.D.

JD/ys

222 Forbes Road, Suite 105, Braintree, MA 02184
Telephone (781) 843-8100 ■ Facsimile (781) 843-3111