UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>Vs.                                    )<br>)<br>LUIS RODRIGUEZ,                 )<br>A/K/A "One Eyed Luis"            )<br>_____ ) | Criminal No. 04-10047 RCL |

## ASSENTED TO MOTION TO POSTPONE SENTENCING

Luis Rodriguez, by and through counsel, requests that this Court postpone the sentencing hearing from July 6, 2005 to July 29, 2005 or such other date that is convenient for the Court.  As grounds therefore, Probation Services has not been able to complete its examination of Mr. Rodriguez because of his medical situation.  In particular, neither Probation Services nor the undersigned have been able to follow up with Mr. Rodriguez or his family because he was transferred from Plymouth County Correctional Facility to Devens.  Probation Services and the U.S. Attorney's Office assents to this Motion.

LUIS RODRIGUEZ

By his attorney,


_____/s/ Valerie S. Carter
Valerie S. Carter
Carter & Doyle LLP
530 Atlantic Avenue
Boston, MA  02210
617-348-0525

DATED: May 31, 2005

1

CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2005 a true copy was of the above document was served upon Peter Levitt, the Assistant U.S. Attorney of record and Jo Lyness of the Probation Department via ECF-mailing.

                                        ___/s/ Valerie S. Carter_____
                                        Valerie S. Carter, Esq.