

**U.S. Department of Justice**

Federal Bureau of Prisons

*Federal Medical Center, Devens*

*P.O. Box 880*
*Ayer, MA 01432*

May 27, 2005

The Honorable Reginald C. Lindsay
U.S. District Court Judge
John Joseph Moakley U.S. Courthouse
One Courthouse Way, Suite 2300
Boston, MA 02210

RE:    RODRIGUEZ, Luis
       Reg. No.: 25110-038
       Crim. No.: 04-10047-RCL

Dear Judge Lindsay:

In accordance with your order, a Medical Evaluation of Mr. Luis Rodriguez is being conducted. The United States Marshal's Service transferred inmate Rodriguez to the Federal Medical Center Devens, Massachusetts, on May 19, 2005. He was assessed by medical staff at this facility and it was determined that he will need to be seen by a Neurologist. Additionally, we need to obtain medical records from his private physician. After consultation with the Neurologist and upon receipt of requested medical documents, medical staff will evaluate his condition and address the concerns of your Court. We respectively request an extension of 45 days to complete the assessment and prepare the report for the Court. We regret any inconvenience this may cause.

If we can be of further assistance to the Court in this matter, please do not hesitate to contact me at (978) 796-1102.

Sincerely,

David L. Winn
Warden

Enclosure:
1. Copy for Assistant United States Attorney
2. Copy for Defense Attorney

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA, )
)
v. )                           Criminal No. 04-10047-RCL
)
LUIS RODRIGUEZ, )
A/K/A "One Eyed Luis" )
                Defendant )

## ORDER PURSUANT TO MOTION FOR ORDER DIRECTING
## BUREAU OF PRISONS TO TAKE CUSTODY OF DEFENDANT

Upon the Emergency Motion by the defendant dated May 10, 2005, and upon

consideration thereof, it is hereby ORDERED, that the Bureau of Prisons shall forthwith take

custody of the defendant, Luis Rodriguez, from the U.S. Marshal's Service and the U.S.

Marshal's Service shall immediately surrender custody of the defendant and deliver him to the

Bureau of Prisons. The Bureau of Prisons shall then designate and transfer the defendant, Luis

Rodriguez, to an appropriate medical facility, for evaluation and treatment with respect to the

medical conditions described in the attached motion. The Bureau of Prisons shall report to the

court as to the status of the defendant not later than thirty (30) days from the date of this order.

SO ORDERED.

DATED: 5/11/05

United States District Judge

I hereby certify on 5/11/05 that the
foregoing document is true and correct copy of the
electronic docket in the captioned case
electronically filed original filed on _____
original filed in my office on _____
Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts

Deputy Clerk