**Good News Jail & Prison Ministry**
Providing Chaplains to America's Jails and Prisons

8/23/2005

To Whom It May Concern,

    I would like to address the court, in behalf of Mr. Luis Angel Rodriguez, ID #37218, who is presently incarcerated at the Plymouth County Correctional Facility. Mr. Rodriguez has been here for 18 months, with the exception of a couple of months at Devens, for medical treatment.
    Mr. Rodriguez, through the Religious Program here, and through the encouragement of other inmates, has developed a relationship with God, that has changed his life. He has used the time he has done here to his advantage by attending the various services which we provide, as well as hours of counseling.
    He regularly attends three Bible Studies a week, and a Mentor Class. He attends the weekly church services, and his input has encouraged many others.
    Our ministry does a daily radio program, called "Full Pardon", and Mr. Rodriguez has shared his story, which has been used for this program.

    I don't write a lot of letters for inmates, but I believe this guy has been changed by a person and a power outside of himself, which, I also believe will affect him throughout the rest of his life. I say this with some confidence, as I too, was incarcerated, and know the power of God in my life, and have seen many men change as a result.
    Mr. Rodriguez has expressed interest in going to a program, one of which (Teen Challenge), I am steering him toward. However, only through a gracious and merciful decision from the courts would this be possible. In any case, and regardless of how this turns out, I believe Mr. Rodriguez is heading toward a life that will be productive, and no longer destructive.

Because of God's Grace,

*[signature]*

Chaplain Dave Robbins
Plymouth County Correctional Facility

26 Long Pond Road • Plymouth, MA 02360
Phone: (508) 830-6200, Ext. 308 • E-mail: dave.robbins@goodnewsjail.org
www.goodnewsjail.org



# Research on the Effectiveness of Teen Challenge New England, Inc.

*Since Teen challenge first opened its doors to drug addicts and alcoholics in 1963, thousands have come seeking help. Significant research projects have confirmed the effectiveness of the Teen Challenge approach to helping those affected by life-controlling programs. Leaders in Teen Challenge credit the spiritual component of the program as the key to the high success rate of Teen Challenge graduates. The following results have come from both a research project conducted by the National Institute of Drug Abuse in 1975, and a comparative study conducted by Northwestern University in 1994 The most recent, published in 1999, is a comparison of treatment effectives in drug and alcohol rehabilitation centers and was conducted by Aaron Bicknese, PhD of Northwestern University.*

- 86.6% of graduates after seven years remained drug and crime free. This is opposed to a 6-7% rate for secular programs.
- 92% of the respondents claim that Teen Challenge has had a great impact on their lives.
- 72% of the graduates continued their education upon completion of the program. These areas include GED, college education, and Bible school.
- 84% of graduates attend church regularly.
- They found that Teen Challenge graduates were "more likely to be living normal lives and not need further treatment."
- They found that students at Teen Challenge had the attitude of "It is a privilege to be here"
- 90% of Teen Challenge graduates were employed one and two years later while 41% were employed after other drug programs
- 87.5% of the graduates did not need further drug treatment (90% considered themselves addicted to drugs upon entering the program)
- 92% of the graduates report good to excellent health whereas of graduates of secular programs, only 59% claim good health.
- 70% of the graduates reported that their family relationships have greatly improved since leaving Teen Challenge.

*As result of these surveys, indicators of success include: stabilized life-style due to their personal commitment to Jesus Christ, employment with some level of stability, financial independence, an absence of trouble with police*

Teen Challenge New England, Inc.
1315 Main Street, PO Box 3265
Brockton, MA 02301
(508)586-1494

FAX # 508 586 ~~006~~ 0667

# INTRODUCTION

The residential component of Teen Challenge New England, Inc., is a five phase, fifteen month minimum, Christian discipleship ministry. This is followed by a six-month aftercare component. Each phase of the ministry has a purpose with certain goals set for you to achieve as you progress. These are listed briefly below and in greater detail in the pages that follow. The times listed are approximates. Actual time will be in accordance with your own growth and achievements:

1. **ORIENTATION (2 WEEKS).** To acquaint the new student with the Teen Challenge philosophy, rules and regulations.

2. **PHASE I (5 MONTHS).** To establish the student in the foundations of the Christian faith, and to begin the discipleship process.

3. **PHASE II (4 MONTHS).** To give the maturing student further practical opportunities to use the biblical principles taught in Phase I in a less structured environment.

4. **PHASE III (3 MONTHS).** To give the mature student an atmosphere of minimal supervision where he can continue to apply the principles learned in Phase II while assisting staff in their duties.

5. **STUDENT INTERNSHIP (3 MONTHS).** To make the transition from student to graduate, and to implement the Exit Plan.

6. **AFTERCARE (6 MONTHS).** To follow up the discipleship process of the graduate and to insure accountability through pastoral reports and church attendance records.

Teen Challenge New England operates in the belief that the Holy Spirit is able to cause a genuine spiritual awakening while effecting permanent change in the lives of God's people. We affirm that real, permanent change can only be had through the power of our Lord, Jesus Christ.

This handbook was designed to assist the student in completing the ministry. Please read it carefully. These guidelines are NOT intended to make your training unpleasant in any way. They are given that you may have a framework upon which to build a new life.

Our prayer is that God will do a great work in your life while you are with us. No matter what you may have done, God is able to change you and start you on the road to a successful new life.

We ask that you try to be open and obedient to what you are taught. You will no longer be able to push your problems aside. You must confront your problems and make a real effort to overcome them.

Each staff member has been carefully and prayerfully selected, not only for his or her skill, but also because of the compassion and concern for your physical and spiritual welfare. Please take advantage of their experience and counsel, and allow God to use this opportunity to change your life.

Teen Challenge New England also offers "SECOND TOUCH", an additional seven and a half month (minimum) re-entry ministry as a temporary, stable environment where a graduate of a one year Christian discipleship program, who is experiencing difficulty adjusting, may receive additional help in becoming a responsible Christian and member of society. This ministry is also followed by a six-month aftercare phase.



Rev. Rodney Hart
Executive Director

**Brockton Men's**
P.O. Box 3265
Brockton, MA 02304
508-586-1494
FAX 508-586-0667
teenchal@aol.com

**Boston Men's**
P.O. Box 138
Boston, MA 02122
617-825-3918
Fax 617-822-1213

**Providence Men's**
P.O. Box 72791
Providence, RI 02907
401-781-4256

**Providence Women's**
P.O. Box 72791
Providence, RI 02907
401-467-2970
401-941-0430
Fax 401-461-3510

**New Haven Men's**
P.O. Box 9492
New Haven, CT 06519
203-789-6172
Fax 203-789-1127
sayno@tcnh.org

**Manchester Men's**
130 Conant St.
Manchester, NH 03102
603-647-7770

## Major Program Rules
THESE ARE PRIVILEDGES.

1. No Smoking.
2. Primary family members only for mail, phone, visits ect; after completion of a 30 day probationary period.
3. Visitation is every other Saturday from 12:00 to 4:30 P.M. at the facility.
4. Students can obtain a weekend pass off the facility after they have been in the program for 6 months. After which time they are allowed one weekend pass during the next 3-month phase thereafter.
5. Television can be viewed between 6:30 – 8:00 P.M. This pertains to sporting events only and Christian movies.
6. Students will be dismissed if found off the grounds unescorted.

## INTAKE REQUIREMENTS

A. Need residential placement ranging to 15 ½ months minimum.

B. 18 years old and over or 17 if legally out of school.

C. Has evidence of life-controlling problem.

D. Social Security card (or computer print-out verifying number).

E. A picture identification card (e.g. drivers license or state ID).

F. $500.00 non-refundable Induction Fee payable by cash or money order (e.g. bank, postal) only.

G. $200.00 minimum monthly sponsorship (unless waived due to hardship). (be sure to bring at least 4 or more names and numbers of sponsors, we will be calling them as part of your interview process.)

H. Able to physically and mentally function within program guidelines.

I. Must pass a general physical.

J. Must agree to all Teen Challenge rules and guidelines.

K. Must consent to being court stipulated if represented by Teen Challenge in court for criminal charges (any out-of-state cases must be settled before admission).

L. If student is coming from a distance, they must have an "open-ended" transportation ticket upon admission.

M. Students are not allowed to possess money or take medication or vitamins unless approved by the Executive Director. If a student is or has been on psychotropic medication such as anti-depressants, they will not be admitted unless they have a letter from their doctor stating that they are no longer on medication and can function in the program.

O. A letter from the chaplain if incarcerated

P. A copy of marriage certificate if married

# TEEN CHALLENGE NEW ENGLAND BROCKTON CAMPUS SCHEDULE

## THURSDAY

| Time | Activity |
|---|---|
| 5:30a.m. | SEEKERS OF THE LORD – ALL RESTRICTION AND RESTORATION PRAYER.... |
| 6:30a.m. | WAKE – UP |
| 7:00 | PRAYER (everyone) |
| 7:30 | BREAKFAST AND CLEAN-UP!! |
| 9:00 | CHAPEL |
| 10:00 | LEARNING CENTER |
| 12:00p.m. | LUNCH AND CLEAN-UP!! |
| 1:15 | AFTERNOON WORK JOBS |
| 4:00 | SUPPER & CLEAN-UP!! |
| 6:00 | PRAYER |
| 6:30 | RECREATION |
| 8:30 | SNACKS |
| 9:15 | HOME ROOMS |
| 9:30 | DEVOTIONS |
| 10:00 | BIG LIGHTS OUT!!!!!! |
| 10:30 | ALL LIGHTS OUT!!!!!! |