# CARTER & DOYLE, LLP
### Attorneys at Law

Russia Wharf West
530 Atlantic Avenue, 3rd Floor
Boston, Massachusetts 02210

Telephone: (617) 348-0525
Facsimile: (617) 348-0989
vcarter@carterdoyle.com

57 Summer Street
Rowley, MA 01969
Tel: (978) 948-7383
Fax: (978) 948-7388

March 15, 2006

**BY HAND**

John Wortmann
Assistant U.S. Attorney
U.S. Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210

Re:    **U.S. v. Louis Rodriguez, Cr. No. 04-10047.**

Dear John:

This letter is in response to your comment in court yesterday that you did not know whether I provided Peter Levitt with Medical Releases from Louis Rodriguez. Attached to this letter is proof that on December 28, 2005 I sent executed original Medical Releases by Louis Rodriguez to Peter.

Specifically, on December 22, 2005 Peter mailed me eight Medical Release forms and asked me to get Mr. Rodriguez's signature. On December 23, 2005 I sent all eight Medical Releases to my client at the Plymouth County House of Corrections and asked him to sign and return the originals to me. I received the eight Medical Releases signed by Mr. Rodriguez on December 28, 2005 and that same day I provided Peter with the executed originals. On January 3, 2006 Peter emailed Lisa Hourihan informing Judge Lindsay that I had Mr. Rodriguez execute the Medical Releases. Thus, there is no question that your office should have the Medical Releases in order to get Mr. Rodriguez's medical records.

Hopefully, this clears up any confusion about the matter and if there is anything else you would like from me please let me know.

Very truly yours,

*Valerie S. Carter*

Valerie S. Carter

Cc: Judge R. Lindsay