UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   Criminal No.  04-10047-RCL |
| | ) |
| LUIS RODRIGUEZ | ) |

**MOTION TO SEAL STATUS REPORT REGARDING DEFENDANT'S MEDICAL CONDITION**

The government hereby moves that its Status Report Regarding Defendant's Medical Condition be sealed based on the subject matter of that report and the documents appended to it.

                                    MICHAEL J. SULLIVAN
                                    United States Attorney

                            By:     _____
                                    JOHN A. WORTMANN, JR
                                    Assistant U.S. Attorney
                                    617-748-3207

**CERTIFICATE OF SERVICE**

I, John A. Wortmann, Jr., do hereby certify that a copy of the foregoing was served on counsel for defendant Rodriguez and to U.S. Probation Officer Jo Lyness.

                                    _____  3-17-06
                                    JOHN A. WORTMANN, JR.