

| | Lahey Clinic Medical Center | P 781 744.5100 |
| --- | --- | --- |
| | 41 Mall Road | www.lahey.org |
| | Burlington MA 01805 | 1 |

                                                                    FINAL


RODRIGUEZ,LUIS ANGEL                    F03854257      04/06/06          04/16/06

       RODRIGUEZ,LUIS ANGEL             SELF PAY UNINSURED    584310036
       PLYMOUTH COUNTY CORRECTIONAL F
       26 LONG POND ROAD
       PLYMOUTH   MA    02360


04/06/06    1913992450 CONSULT INITIAL LEVEL 5 NEU                1        95.00

            *** SUMMARY BY SERVICE ***

                  CLINIC                                          1        95.00




                                    F03854257
                                                                          95.00
                                                                           0.00
                                                                          95.00
                                                                           0.00

                                                                          95.00



| | Lahey Clinic Medical Center | P 781 744.5100 |
| --- | --- | --- |
| | 41 Mall Road | www.lahey.org |
| | Burlington MA 01805 | 1 |

FINAL

RODRIGUEZ,LUIS ANGEL              F03854249      04/06/06            04/16/06

    RODRIGUEZ,LUIS ANGEL          SELF PAY UNINSURED    584310036
    PLYMOUTH COUNTY CORRECTIONAL F
    26 LONG POND ROAD
    PLYMOUTH   MA    02360


04/06/06   1762958160 EEG INCL REC AWAKE AND DROWSY              1         318.00

       *** SUMMARY BY SERVICE ***

          EEG                                                   1         318.00



                                  F03854249
                                                                       318.00
                                                                            0.00
                                                                        318.00
                                                                            0.00

                                                                        318.00