UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| vs. ) | Criminal No. 04-10047 RCL |
| ) | |
| LUIS RODRIGUEZ, ) | |
| A/K/A "One Eyed Luis" ) | |
| _____ ) | |

**RODRIGUEZ MOTION FOR FOLLOW-UP BY DR. GROSS**

The defendant, Luis Rodriguez, requests that this Court permit him to ask follow up questions of Dr. Gross in light of Dr. Gross's diagnosis.

In particular, Rodriguez has the following questions for Dr. Gross:

1. What constitutes a "safe environment?"

2. If left inadequately or improperly treated, what are the consequences?

3. What are his treatment options?

4. Will the seizures increase in severity or intensity over time?

5. What damage, if any, has already been done to his brain or other parts of his body in the two years he has been experiencing the seizures?

6. What was the cause of the epilepsy? Was it the bullet fragments in his face?

7. Should the bullet fragments be removed and, if so, will that help control the epilepsy?

8. What type of epilepsy does he have?

9. What should he do if he experiences a seizure? And

10. How frequently should he be seen by a doctor?

LUIS RODRIGUEZ<br>By his attorney,

       /s/ Valerie S. Carter
      Valerie S. Carter
      Carter & Doyle LLP
      530 Atlantic Avenue
      Boston, MA   02210
      617-348-0525

DATED: May 23, 2006

CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2006 a true copy of the above document was served upon U.S. Attorney of record and Jo Lyness by ECF.

        /s/ Valerie S. Carter
    Valerie S. Carter, Esq.