UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )    Criminal No. 04-10047-RCL |
| | ) |
| LUIS RODRIGUEZ | ) |

### MOTION TO SEAL GOVERNMENT'S RESPONSE TO MOTION TO MOVE DEFENDANT INTO A "SAFER ENVIRONMENT"

The government hereby moves that the above-captioned pleading be sealed based on the subject matter of that report and the documents appended to it.

MICHAEL J. SULLIVAN
United States Attorney

By: _____
JOHN A. WORTMANN, JR
Assistant U.S. Attorney
617-748-3207

### CERTIFICATE OF SERVICE

I, John A. Wortmann, Jr., do hereby certify that a copy of the foregoing was served on counsel for defendant Rodriguez and to U.S. Probation Officer Jo Lyness.

5-24-06
JOHN A. WORTMANN, JR.