UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal No. 04-10047 RCL |
| ) | |
| LUIS RODRIGUEZ, ) | |
| A/K/A "One Eyed Luis" ) | |
| _____ ) | |

**DEFENDANT'S MOTION TO SEAL HIS
REPLY TO GOVERNMENT'S RESPONSE REGARDING
DEFENDANT'S REQUEST TO BE MOVED OUT OF PCCF**

The defendant, Luis Rodriguez, moves that the above-captioned pleading be sealed based on the subject matter of the Reply and the attachment appended to it.

LUIS RODRIGUEZ
By his attorney,

_____
Valerie S. Carter
Carter & Doyle LLP
530 Atlantic Avenue
Boston, MA  02210
617-348-0525

DATED: May 26, 2006

CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2006 a true copy was hand delivered to the Clerk and a copy of the above document was served upon U.S. Attorney of record and Jo Lyness by hand.

_____
Valerie S. Carter, Esq.