UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>Vs. )<br>)<br>LUIS RODRIGUEZ, )<br>A/K/A "One Eyed Luis" )<br>_____ ) | Criminal No. 04-10047 RCL |

**RODRIGUEZ'S MOTION FOR RELEASE TO
THE CUSTODY OF TERESA SANTELL**

The defendant, Luis Rodriguez, requests that he be sentenced to time served and released to the custody of Teresa Santell, his half-sister or, in the alternative, that he be sentenced to home detention. Ms. Santell, 30 years old, lives in Lawrence, Massachusetts with her two young children. She has expressed a willingness to let Mr. Rodriguez live with her upon his release from prison and to help him care for his epilepsy and other medical needs. The undersigned counsel informed the probation Department of Ms. Santell's desire to serve as custodian to Mr. Rodriguez and has made arrangements for Ms. Santell to be interviewed by Probation on June 27, 2006, the date of his sentencing.

                                                LUIS RODRIGUEZ

                                                By his attorney,

                                                _____/s/ Valerie S. Carter
                                                Valerie S. Carter
                                                Carter & Doyle LLP
                                                530 Atlantic Avenue
                                                Boston, MA   02210
                                                617-348-0525

DATED: June 23, 2006

CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2006 a true copy was ECF Filed, and a copy of the above document was served upon John A. Wortmann, Assistant U.S. Attorney Joe Lyness, Probation Officer via ECF-mailing.

   /s/ Valerie S. Carter_____
Valerie S. Carter, Esq.