UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | Criminal No.  04-10047-RCL |
| ) | |
| ) | |
| **LUIS RODRIGUEZ** ) | |

**GOVERNMENT'S CERTIFICATION OF TIMELY ACCEPTANCE OF RESPONSIBILITY**

    The United States of America, through undersigned counsel, hereby certifies pursuant to U.S.S.G. § 3E1.1(b) that defendant Luis Rodriguez notified the government of his intent to plead guilty in a timely manner, thereby permitting the government to avoid preparing for trial.  Based on that fact, the government requests that the defendant be awarded a three-point reduction for acceptance of responsibility.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                                   By:  /s/ John A. Wortmann, Jr.
_____            JOHN A. WORTMANN, JR.
                                         Assistant U.S. Attorney
                                         617-748-3207