FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2006 JUN 26  P 2: 24

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal No. 04-10047 RCL |
| ) | |
| LUIS RODRIGUEZ, ) | |
| A/K/A "One Eyed Luis" ) | |

### DEFENDANT'S MOTION TO SEAL

The defendant, Luis Rodriguez, moves that the hand-filed pleading be sealed based on the fact that the pleading relates to Rodriguez's medical records.

LUIS RODRIGUEZ
By his attorney,

*Valerie S. Carter*
Valerie S. Carter
Carter & Doyle LLP
530 Atlantic Avenue
Boston, MA 02210
617-348-0525

DATED: June 26, 2006

### CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2006 a true copy was hand delivered to the Clerk and a copy of the above document was served upon U.S. Attorney of record and Jo Lyness by hand.

*Valerie S. Carter*
Valerie S. Carter, Esq.