UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Criminal No. 04-10047-RCL |
| ) | |
| **LUIS RODRIGUEZ** ) | |

### DISMISSAL OF ORIGINAL INDICTMENT

Pursuant to FRCP 48(a), the United States Attorney for the District of Massachusetts, Michael J. Sullivan, by the undersigned Assistant United States Attorney, hereby dismisses the original indictment in this case.

In support of this dismissal, the government states that Luis Rodriguez has pleaded guilty to Count One of the First Superseding Indictment charging him with distribution of cocaine base, also known as "crack cocaine," in violation of 21 U.S.C. § 841(a). The dismissal of the original indictment is therefore in the interests of justice.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

                      By:  /s/John A. Wortmann, Jr.
                           JOHN A. WORTMANN, JR
                           Assistant U.S. Attorney
                           617-748-3207

Leave to File Granted:

_____
REGINALD C. LINDSAY
United States District Judge