UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   Criminal No.  04-10047-RCL |
| | ) |
| LUIS RODRIGUEZ | ) |

### MOTION TO SEAL

The government hereby moves that the following pleadings being filed this day be sealed because they contain specific information regarding the defendant's medical treatment and care:

(i) Government's Opposition to Defendant's Motion for Release;
(ii) Appendix to Government's Opposition to Defendant's Motion for Release; and,
(iii) Government's Chronology Relating to Defendant's Care While in Custody.

MICHAEL J. SULLIVAN
United States Attorney

By: _____
JOHN A. WORTMANN, JR
Assistant U.S. Attorney
617-748-3207

### CERTIFICATE OF SERVICE

I, John A. Wortmann, Jr., do hereby certify that a copy of the foregoing was served on counsel for defendant Rodriguez and to U.S. Probation Officer Jo Lyness.

_____  6·26·06
JOHN A. WORTMANN, JR.