# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.    )<br>)<br>LUIS "a/k/a "One Eye" RODRIGUEZ )<br>_____ ) | Criminal No.: 04-10047-RCL |

### NOTICE OF APPEAL

Notice is hereby given that the defendant, **Luis Rodriguez**, by and through his attorney, appeals to the United States Court of Appeals for the First Circuit from the Judgment entered June 27, 2006.

By his attorney,

    /s/ Valerie S. Carter
Valerie S. Carter
CARTER & DOYLE LLP
530 Atlantic Ave
Boston, MA 02210
617-348-0525
vcarter@carterdoyle.com

DATED: July 6, 2006

### CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2006 a true copy of the above document was served upon **John A. Wortmann**, Esquire, Assistant United States Attorney by ECF.

    /s/ Valerie S. Carter
Valerie S. Carter, Esq.