04-10047
USDC/MA
Lindsay, R.

# United States Court of Appeals
## For the First Circuit

No. 06-2068

UNITED STATES

Appellee

v.

LUIS RODRIGUEZ, a/k/a One Eyed Luis

Defendant - Appellant

**JUDGMENT**

Entered: September 25, 2006
Pursuant to 1st Cir. R. 27(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

By the Court:

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Richard Cushing Donovan, Clerk

MARGARET CARTER

By_____
Chief Deputy Clerk.

Deputy Clerk

Date: 9/25/06

[cc: Valerie S. Carter, Esq., John A. Wortmann, AUSA, Dina Michael Chaitowitz, AUSA, Jennifer H. Zacks, AUSA, Luis Rodriguez]