Luis Rodriguez #25110-038
F.C.I. Otisville
P.O. Box 1000
Otisville, NY 10963                        September 26, 2006

                                          04-10047-RCL

Honorable Richard Lindsay
United States District Court
District of Boston
One Courthouse Way
Boston, MA 02210
RE: U.S. v. Rodriguez

Dear Judge Lindsay:

     I am currently incarcerated at the above captioned federal
institution.  As you may recall I plead guilty in your court in
the above captioned case.  Unfortunately, I am not in possession
of any of the accompanying paperwork to entertain the possibility
of post conviction relief, should the facts warrant such.

     The purpose of this letter is to respectfully request the
court forward me copies of my paperwork so that I may review it.
Please send me a copy of my sentencing minutes, Judgment &
Commitment and my pre-sentence report at your earliest
convenience.  Unfortunately, I am not in possession of the
information of the attorney who represented me and cannot request
this information from him.  If you can have your clerk forward
this information I would greatly appreciate it.

     Thank you for your kindness and consideration in this
matter.


Yours Truly,


Luis Rodriguez #25110-038