UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>)<br>LUIS RODRIGUEZ, )<br>A/K/A "One Eyed Luis" )<br>_____ ) | Criminal No. 04-10047 RCL |

MOTION FOR FUNDS TO CONFERENCE WITH DEFENDANT

The defendant, Luis Rodriguez a/k/a "One Eyed Luis", by and through his counsel, Valerie S. Carter, appointed pursuant to the Criminal Justice Act, moves for funds to travel to FCI Otisville or wherever Mr. Rodriguez may be serving his sentence. The purpose for the request is to consult with him in person in connection with some of the issues discussed at the status conference held by this Court on November 8, 2006 and to seek his assistance in determining whether any post-conviction motions may be presented to this Court.

LUIS A. RODRIGUEZ
By his attorney,


_____/s/ Valerie S. Carter____
Valerie S. Carter BBO# 545412
Carter & Doyle, LLP
Lexington Office Park
430 Bedford Street, Suite 195
Lexington, MA 02420
781-861-0064
vcarter@carterdoyle.com

Dated: November10, 2006

CERTIFICATE OF SERVICE

      I, Valerie S. Carter, Esq., hereby certify that a copy of the above Motion was served on November 10, 2006 to AUSA Peter Levitt by ECF.

                              _____/s/ Valerie S. Carter___
                              Valerie S. Carter, Esquire