

**U.S. Department of Justice**

*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*  *United States Courthouse, Suite 9200*
*1 Courthouse Way*
*Boston, Massachusetts  02210*

November 14, 2006

Lisa Hourihan
Courtroom Clerk to the
  Honorable Reginald C. Lindsay
Clerk's Office
United States Courthouse
1 Courthouse Way
Boston, MA  02210

    Re:  <u>United States v. Luis Rodriguez a/k/a "One Eyed Luis"</u>;
         Cr. No. 04-10047-RCL

Dear Ms. Hourihan:

    I have been advised by the Bureau of Prisons that Luis Rodriguez will be transferred to FMC Rochester within the next 30 days.  Rear Admiral Newton E. Kendig, M.D., the Assistant Director for Health Services Division, who is also the Medical Director of the Bureau of Prisons, is familiar with the case and his staff is working on the transfer.  Dr. Kendig is located at the Health Services Division, Federal Bureau of Prisons, 320 First Street, N.W., Rm. 1054, Washington, D.C.  20534.

    Please advise the Court of this correspondence.  Thank you for your attention to this matter.

                            Very truly yours,

                            MICHAEL J. SULLIVAN
                          United States Attorney


                    By:  <u>/s PETER K. LEVITT        </u>
                       PETER K. LEVITT
                       Assistant U.S. Attorney

cc:  Valerie Carter