

**U.S. Department of Justice**

*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*

*United States Courthouse, Suite 9200*
*1 Courthouse Way*
*Boston, Massachusetts 02210*

November 30, 2006

Lisa Hourihan
Courtroom Clerk to the
  Honorable Reginald C. Lindsay
Clerk's Office
United States Courthouse
1 Courthouse Way
Boston, MA  02210

    Re:   <u>United States v. Luis Rodriguez a/k/a "One Eyed Luis"</u>;
           Cr. No. 04-10047-RCL

Dear Ms. Hourihan:

    Please advise the Court that Luis Rodriguez arrived at FMC Rochester on November 29, 2006.  Thank you for your attention to this matter.

                            Very truly yours,

                            MICHAEL J. SULLIVAN
                            United States Attorney

                By:   <u>/s PETER K. LEVITT</u>
                      PETER K. LEVITT
                      Assistant U.S. Attorney