

U.S. Department of Justice

Federal Bureau of Prisons

---

*Designation & Sentence Computation Center*
*346 Marine Forces Drive*
*Grand Prairie, Texas 75051*

August 22, 2006

The Honorable Reginald C. Lindsay
Judge of the U.S. District Court
  for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210

**Re: RODRIGUEZ, Luis**
     Reg. No. 25110-038
     Docket No. 1:04 CR 10047-001-RCL

Dear Judge Lindsay:

   This is in response to the Court's recommendation that Luis Rodriguez serve his term of confinement at the Federal Medical Center in Rochester, Minnesota. The Court also recommended he participate in the Residential Drug Abuse Program (RDAP). Mr. Rodriguez was sentenced in your court to a 144-month term for Distribution of Cocaine.

   Unfortunately, we were unable to follow the Court's recommendations. Our Office of Medical Designations has reviewed Mr. Rodriguez's medical needs and determined he does not require placement in a specialized medical facility. Accordingly, Mr. Rodriguez has been designated to the Federal Correctional Institution in Otisville, New York, where he will receive appropriate health care services. Although the RDAP is not available at the Otisville facility, staff will work closely with Mr. Rodriguez and encourage him to participate in a variety of substance abuse education and counseling programs offered at the facility. Should Mr. Rodriguez become eligible for transfer, he will be considered for a facility which offers the RDAP, if determined eligible under the established program criteria.

    Although we were unable to follow the Court's recommendations in this case, please be assured of our continued commitment to satisfy judicial recommendations whenever possible.

                                        Sincerely,

                                        Rebecca Tamez
                                        Chief

fbk
cc:　Warden, FCI Otisville